SNOW JENSEN & REECE, P.C.
J. Gregory Hardman [8200]
Jeffrey R. Miles [14258]
Tonaquint Business Park
912 West 1600 South, Suite B-200
St. George, UT 84771-2747
Telephone: (435)628-3688
Facsimile: (435)628-3275
ghardman@snowjensen.com
jmiles@snowjensen.com

*Attorneys for Plaintiff Premier Sleep Solutions, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| PREMIER SLEEP SOLUTIONS, LLC, a Utah limited liability company;<br><br>Plaintiff,<br><br>vs.<br><br>SOUND SLEEP MEDICAL, LLC, a Utah limited liability company; DAVID LARSEN, an individual; AUBREY GREEN ANGUS, an individual; KIAYA KILPACK, an individual; and JANE AND JOHN DOES 1-10;<br><br>Defendants. | **MOTION TO SUBSTITUTE PARTY**<br><br>Case No.: 2:20-cv-00062-CMR<br><br>Honorable Judge Jill N. Parrish |

    Plaintiff, by and through its counsel of record, J. Gregory Hardman, Jeffrey R. Miles and

Snow Jensen & Reece, P.C. and pursuant to Rule 25(a) of the Federal Rules of Civil Procedure,

hereby moves the court to substitute Defendant Aubrey Green Angus with Kiaya Kilpack, as the Personal Representative of the Estate of Aubrey Angus.

## ARGUMENT

Plaintiff is informed that Defendant Aubrey Green Angus passed away on July 13, 2020. Fed. R. Civ. P. 25(a)(1) authorizes that "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party . . . ." On November 5, 2020, Defendant Kiaya Kilpack filed an Amended Suggestion of Death which identified Kiaya Kilpack as the Personal Representative of the Estate of Aubrey Green Angus.[1] Therefore, Plaintiff respectfully request that the Court enter an Order substituting Defendant Aubrey Green Angus with Kiaya Kilpack, as Personal Representative of the Estate of Aubrey Green Angus.

Dated this 9th day of November, 2020.

SNOW JENSEN & REECE, P.C.

/s/ Jeffrey R. Miles
J. Gregory Hardman
Jeffrey R. Miles
*Attorneys for Plaintiff*

---

[1] ECF No. 47.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of November 2020, I caused a true and correct copy of the foregoing **MOTION TO SUBSTITUTE PARTIES** to be electronically filed with the Clerk of the Court and served on the following parties via e-filing:

NATE N. NELSON (13307)
JEREMY G. JONES (14689)
**NELSON JONES, PLLC**
8941 South 700 East, Suite 203
Sandy, Utah 84070
Telephone: (801) 981-8779
Email: nate@nelsonjoneslegal.com
*Attorneys for Defendants Angus and Kilpack*

Keith A. Call
E. Scott Awerkamo
Kendra M. Brown
SNOW CHRISTENSEN & MARTINEAU
10 Exchange Place, Eleventh Floor
Post Office Box 45000
Salt Lake City, Utah 84145-5000
*Attorneys for Defendants Sound Sleep Medical LLC and David Larsen*

/s/ *Jeffrey R. Miles*<br>Jeffrey R. Miles