SNOW JENSEN & REECE, P.C.
J. Gregory Hardman [8200]
Jeffrey R. Miles [14258]
Tonaquint Business Park
912 West 1600 South, Suite B-200
St. George, UT 84771-2747
Telephone: (435)628-3688
Facsimile: (435)628-3275
ghardman@snowjensen.com
jmiles@snowjensen.com

*Attorneys for Plaintiff Premier Sleep Solutions, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| PREMIER SLEEP SOLUTIONS, LLC, a Utah limited liability company;<br><br>Plaintiff,<br><br>vs.<br><br>SOUND SLEEP MEDICAL, LLC, a Utah limited liability company; DAVID LARSEN, an individual; AUBREY GREEN ANGUS, an individual; KIAYA KILPACK, an individual; and JANE AND JOHN DOES 1-10;<br><br>Defendants. | **ORDER GRANTING MOTION TO SUBSTITUTE PARTY**<br><br>Case No.: 2:20-cv-00062-CMR<br><br>Honorable Judge Jill N. Parrish |

The Court having considered Plaintiff's November 11, 2020 Motion to Substitute Party and all documents related thereto, and good cause appearing, hereby GRANTS the motion, and

ORDERS that Kiaya Kilpack, Personal Representative for the Estate of Aubrey Green Angus shall be substituted as a party in place of Aubrey Green Angus.

DATED this ___ day of _____, 2020.

BY THE COURT:

_____
Jill N. Parrish
United States District Court Judge